# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00252-GCM

| | | |
|---|---|---|
| WALTER L. HART, IV, Guardian Ad Litem for J.G., a minor and MARIA HARRIS, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| UNION COUNTY, and WANDA SUE LARSON in her individual and official capacities, | ) ) ) ) | |
| **Defendant.** | ) ) | |

**THIS MATTER** is before the Court on its own motion. On April 17, 2017, Plaintiffs filed an Amended Complaint in Superior Court against the Defendants Union County and Wanda Sue Larson in her individual and official capacities. This case was removed by the Defendants Union County and Wanda Sue Larson in *her official capacity only* on May 11, 2017. (Doc. No. 1).

The Court requests briefing from both parties on the issue of removal by a Defendant in only her official capacity when claims were brought against the Defendant in her individual and official capacity. Defendant has until July 3 to file a memorandum on this issue. Plaintiff will have fourteen (14) days to file a response. Defendant will then have seven (7) days to file a reply.

**SO ORDERED.**

Signed: June 19, 2017

Graham C. Mullen
United States District Judge