**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-252-GCM**

| | |
|---|---|
| WALTER L. HART, IV, Guardian Ad Litem for J.G., a minor, and MARIA HARRIS,<br><br>          **Plaintiffs,**<br><br>v.<br><br>UNION COUNTY, and<br>WANDA SUE LARSON, in her individual capacity and in her official capacity<br><br>          **Defendants.** | **ORDER** |

      **THIS MATTER** is before the Court on Plaintiff's Motion to Voluntarily Dismiss Without Prejudice (Doc. No. 17). Defendants consent to this Motion.

      Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at the plaintiff's request "by court order, on terms that the court considers proper."

      Pursuant to Rule 41(a)(2), the Court accordingly **ORDERS** that the Motion to Voluntarily Dismiss (Doc. No. 17) is **GRANTED** and Defendants' Motion for Extension of Time to File Dispositive Motions (Doc No. 18) is **DENIED** as moot.

      This matter is hereby **DISMISSED WITHOUT PREJUDICE.** Plaintiffs shall have one (1) year from the date of this Order to re-file its claims against Defendants. The provisions of the Court's Protective Order (Doc. No. 11) shall remain in effect during this time, except that the parties need not return or destroy all Confidential documents at this time. If Plaintiffs do not re-file their claims within one year, all Confidential documents must then be returned or destroyed pursuant to the terms of the Protective Order. The Court retains jurisdiction over the parties and

Qualified Persons for the continued enforcement of the Protective Order and the enforcement of this Order.

**SO ORDERED.**

Signed: April 2, 2018

Graham C. Mullen
United States District Judge